UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-1135
_____

RICHARD O. THOMPSON; KURT W. THOMPSON;
KAY ALYSON THOMPSON,
                                               Appellants
v.

FLORIDA WOOD TREATERS, INC.

v.

COASTAL SUPPLY, INC.
_____

On Appeal from the District Court
of the United States Virgin Islands
District Court No. 3-06-cv-00224
District Judge: The Honorable Curtis V. Gómez

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
December 16, 2010

Before: McKEE, *Chief Judge*, FUENTES and SMITH, *Circuit Judges*

_____

JUDGMENT ORDER
_____

This cause came on to be considered on the record from the District Court

for the U.S. Virgin Islands and was submitted on December 16, 2010.[1]

On consideration whereof, it is now hereby ADJUDGED and ORDERED that the judgment of the District Court entered December 6, 2009, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court. Costs taxed against Appellants.

Attest:

/s/Marcia M. Waldron
Clerk

DATED: December 29, 2010

---

[1] The District Court had jurisdiction under 48 U.S.C. § 1612(a) and 28 U.S.C. § 1332. We exercise appellate jurisdiction under 28 U.S.C. § 1291. We conduct plenary review of a District Court's order granting summary judgment. *Anderson v. Wachovia Mortg. Corp.*, 621 F.3d 261, 279 (3d Cir. 2010).